AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**
Jul 09 2020
ARTHUR JOHNSTON, CLERK

| | |
|---|---|
| United States of America<br>v.<br>Betty Katherine Smith and<br>Kory Lamar Whitfield<br><br>*Defendant(s)* | Case No. 1:20-mj-00072-JCG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 16, 2020__ in the county of __Harrison__ in the
__Southern__ District of __MS Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance, to wit, a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance. |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

*Complainant's signature*

Ray W. Bell, Jr., Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/9/2020

*Judge's signature*

City and state: Gulfport, MS

John C. Gargiulo, U.S. Magistrate Judge
*Printed name and title*

## Affidavit in support of a Criminal Complaint

Your Affiant, Ray W. Bell, Jr., being duly sworn, deposes and states the following:

I am a Task Force Agent with the United States Drug Enforcement Administration (DEA), Tactical Diversion Squad (TDS). My Parent agency is the Long Beach Police Department (LBPD), where I hold the rank of Detective Sergeant in the Narcotics Division. The DEA Task Force in Gulfport, Mississippi, is made up of Special Agents from the DEA, Special Agents from Homeland Security Investigations (HSI), Agents from the Mississippi Bureau of Narcotics (MBN), and Detectives from the Police Departments of Biloxi, Harrison County, Jackson County, and Gulfport. I have been assigned to the DEA Task Force in Gulfport, Mississippi for over three years. I have been employed by the Long Beach, Mississippi Police Department as a Police Officer since August, 2002. My primary duties at the DEA Task Force include the investigation of organized narcotics traffickers. I have participated in numerous narcotics investigations, during the course of which I have conducted or participated in physical and wire surveillances, including previous Title III investigations, undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefing of informants, and reviews of taped conversations and drug records. I have also been the Affiant for multiple, search warrants, and arrest warrants. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payments for such drugs.

1. This affidavit is based on information from law enforcement agents and sources and on my examination of various reports, evidence and records. This is being submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint. It does not include all the facts that have been learned during the course of this investigation.

2. Based on personal knowledge and information I received from various law enforcement sources including the Gulfport Police Department, I am aware of the following facts:

3. On or about June 16, 2020, The Harrison County Sheriff's Department Highway Interdiction unit stopped a 2017 Chevrolet Camaro bearing Louisiana tag 532DVO, for speeding (78 mph in a 70 mph zone) and an obstructed license plate. The Offense occurred on I-10 W.B. near the 30 mile marker as did the traffic stop. The stopping Deputy was Deputy Josh Macko who identified the driver as Kory Whitfield and the passenger as Betty Smith. When questioned, Whitfield and Smith gave conflicting statements regarding their travel itinerary. Deputy Macko asked for and was given written consent to search the vehicle. A subsequent search yielded approximately 766 grams of suspected methamphetamine and assorted paraphernalia. Deputy Macko field tested the suspected methamphetamine which resulted in a positive field test for methamphetamine. Whitfield and Smith were charged with possession of a controlled substance with intent to distribute, to wit; methamphetamine. Whitfield and Smith were later transported to the Harrison County Sheriff's Department where they posted bail the following day. Narcotics Detective Brad Auringer responded to interview Smith and Whifield however, neither wished to give a statement. On June 29, 2020, all

evidence that was collected in this matter was transferred to DEA, TFO Ray W. Bell, Jr. for Federal adoption and prosecution.

4. Based upon the foregoing information, my training and experience, I submit this information supports probable cause to believe Kory Whitfield and Betty Smith violated Title 21, United States Code, Section 84(a)(1), possession with intent to distribute a controlled substance, in that, on or about June 16, 2020, in the Southern District of Mississippi, the defendants, Kory Whitfield and Betty Smith, unlawful users/possessors of a controlled substance, knowingly conspired with each other to obtain in bulk and distribute methamphetamine.

_____
Ray W. Bell, Jr., Task Force Agent
US Department of Justice
Drug Enforcement Administration

Sworn and subscribed before me this 9th day of July, 2020.

_____
United States Magistrate Judge